# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DOE 1, | CASE NO. 2:16-cv-1040 |
| Plaintiff/Relator, | <u>FILED UNDER SEAL</u> |
| v. | CHIEF JUDGE SARGUS |
| OGLETHORPE, INC., *et al.*, | MAGISTRATE JUDGE JOLSON |
| Defendants. | |

<u>ORDER</u>

Upon consideration of the United States' *ex parte* motion pursuant to the False Claims Act, 31 U.S.C. §3730(b)(3), for an order partially lifting the seal in this *qui tam* case, and good cause having been established, it is hereby ORDERED as follows:

1. The seal in this case shall be partially lifted to allow the United States, in its discretion, to disclose the existence of this suit and to provide a copy of relator's complaint and any amended complaint, in whole or in part, to the Defendants; and

2. The seal in this case shall be partially lifted to allow the United States, in its discretion, to disclose the existence of this suit and to provide a copy of relator's complaint and any amended complaint, in whole or in part, to the State of Ohio and its agencies responsible for investigating allegations of

fraud, including the Ohio Attorney General's Medicaid Fraud Control Unit;
and

3. Except as provided herein, the complaint and all other pleadings filed in this
action shall remain under seal until further order of this Court.


s/Kimberly A. Jolson
UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2018